Matthew C. Wolf (SBN 223051)
Lauren VanDenburg (SBN 299957)
TURNER HENNINGSEN WOLF & VANDENBURG, LLP
707 Wilshire Boulevard, Suite 3700
Los Angeles, California 90017
Tel: 323-653-3900
Fax: 323-653-3021
mwolf@thwvlaw.com;
lvandenburg@thwvlaw.com;

Attorneys for Plaintiff
Moussa Faour

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUSSA FAOUR, an individual, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>BULOVA WATCH COMPANY, INC.,<br><br>Defendant. | Case No.: 2:24-cv-9532-JLS-SK<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

1  Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Moussa Faour hereby gives notice
2  that this action is voluntarily dismissed, without prejudice. Defendant Bulova Watch
3  Company, Inc. has not filed or served an answer or other response pursuant to Rule
4  12. Accordingly, Plaintiff hereby notices the voluntary dismissal of this action
5  without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

7  Dated:  December 24, 2024       TURNER HENNINGSEN WOLF &
8                                  VANDENBURG, LLP

                                   By: /s/ Matthew Wolf
                                   Matthew Wolf

                                   Attorneys for Plaintiff
                                   MOUSSA FAOUR