UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| Case No. | CV 24-9532-AH(SKx) | Date | DECEMBER 26, 2024 |
|---|---|---|---|

| Title | Moussa Faour v. Bulova Watch Company, Inc. |
|---|---|

| Present: The Honorable | ANNE HWANG, UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     ___ **In Court**     _X_ **In Chambers**     _X_ **Counsel Notified**

The case is ordered closed pursuant to the Notice of dismissal filed on December 24, 2024 [12].

All pending hearings and motions are now taken off calendar and vacated.

Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties

CV-90 (12/02)    **CIVIL MINUTES - GENERAL**                                                Initials of Deputy Clerk YS